UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR05-275-C-EJL |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| TRULIN JOY ELLENWOOD, | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is the Defendant's motion to continue trial, presently set for March 7, 2006, and requesting that a new jury trial be reset. The motion asserts additional time is needed to allow defense counsel to properly investigate this matter and that the Defendant waives her speedy trial right. The motion requests a continuance of at least sixty days to allow counsel to properly investigate the charges.

Although Defendant has waived her right to speedy trial, the Court has reviewed the record in this case and finds that the ends of justice served by granting a continuance in this case outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). Therefore the motion shall be granted and this matter continued.

**ORDER**

Therefore, the Court **HEREBY GRANTS** the government's motion to continue (Dkt. No. 14) and **VACATES** the trial date of March 7, 2006. The trial is **RESET** for **Tuesday, May 23,**

**2006 at 9:30 a.m. in Coeur d'Alene, Idaho**.  Any and all period of delay resulting from this continuance, from the date of the motion until the rescheduled trial date, shall be excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).  Any pretrial motions shall be filed on or before April 3, 2006.

DATED:  **February 17, 2006**

_Edward J. Lodge_
~~Honora~~ble Edward J. Lodge
U. S. District Judge